JOANNE MESSURA v. HIDDEN LAKE CORPORATION.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROCK.

February 8, 1982.

Petition for certification denied.

ANTHONY D. RINALDO, JR. v. LOUIS J. TELYMONDE.

February 8, 1982.

Petition for certification granted.

GERRIT J. VAN DISSEL v. JERSEY CENTRAL POWER
AND LIGHT COMPANY.

February 8, 1982.

Petition for certification denied.   (See 181 *N.J. Super.* 516)